UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN WEATHERSBY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. EDCV 09-1824 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated November 16, 2010.

DATED:  November 16, 2010

　　　　　　　　　　　　　　　　　　　　 /S/ FREDERICK F. MUMM  
　　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM  
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge